In the Matter of LEROY J. TAYLOR, Respondent, v TAMMY J. STAPLES, Appellant. (Proceeding No. 1.)

In the Matter of TAMMY STAPLES, Appellant, v LEROY TAYLOR, Respondent. (Proceeding No. 2.)

Submitted November 20, 2006; decided January 9, 2007

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to vacate an order of Family Court, dismissed upon the ground that such portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of the Estate of MARGARET M. TOMECK, Deceased. EDWARD M. TOMECK, as Executor of MARGARET M. TOMECK, Deceased, Respondent-Appellant; ROBERT CHRISTOPHER, as Commissioner of Social Services of Saratoga County, Appellant-Respondent, et al., Respondent.

Submitted December 18, 2006; decided January 9, 2007

Motion by Andrew M. Cuomo, as Attorney General of the State of New York, for an order permitting movant to participate in oral argument of the appeal granted.